UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS BALLEW,

                Plaintiff,                            Case No.  1:13-CV-437

v.                                              Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

**ORDER APPROVING**
**REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action April 14, 2014.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 14, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the Commissioner's decision denying Plaintiff Disability Insurance Benefits is **AFFIRMED**.

      This case is **concluded**.

Dated: May 8, 2014                                 _____/s/ Gordon J. Quist_____
                                            GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE